IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
DIVISION VI

| | | |
|---|---|---|
| BRUCE HARRIS, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 66FCV-23-75 VI |
| GEORGIA-PACIFIC CONSUMER OPERATIONS, LLC, | § § § § | |
| Defendant. | § § | |

## NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

NOTICE is hereby given that on July 21, 2023, Defendant Georgia-Pacific Consumer Operations, LLC, pursuant to 28 U.S.C. §§1441 and 1446, has filed its Notice of Removal, removing the above-styled and numbered cause of action to the United States District Court for the Western District of Arkansas, Fort Smith Division. A copy of the Notice of Removal and all exhibits is attached hereto as **Exhibit A**. This Court is respectfully requested to proceed no further in this case until such time as the case may be remanded by order of the United States District Court for the Western District of Arkansas, Fort Smith Division.

DATED: July 21, 2023.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*/s/ M. Kimberly Hodges*
M. Kimberly Hodges
Arkansas Bar No. 2019018
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 766-4306
Facsimile: (901) 767-7411
Kim.hodges@ogletree.com

**ATTORNEYS FOR DEFENDANT**

1

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Defendant, hereby certify that on this 21st day of July, I electronically filed the foregoing *Notice of Filing Notice of Removal to Federal Court* with the Clerk of Court via the Court's ECF filing system, and that a copy of same was served on counsel for the Plaintiff via Electronic and first-class U.S. Mail, postage prepaid, as follows:

>Daniel Ford (Ark. Bar #2014162)
>Josh Sanford (Ark. Bar #2001037)
>SANFORD LAW FIRM, PLLC
>10800 Financial Centre Pkwy, Suite 510
>Little Rock, Arkansas 72211
>501.221-0088 – Telephone
>888.787.2040 – Facsimile
>daniel@sanfordlawfirm.com
>josh@sanfordlawfirm.com
>
>*Attorneys for Plaintiff*

>/s/ M. Kimberly Hodges
>M. Kimberly Hodges (AR #2019018)
>*Counsel for Defendant*