# **EXHIBIT 2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

| | |
|---|---|
| **BRUCE HARRIS,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**GEORGIA-PACIFIC CONSUMER** )<br>**OPERATIONS LLC** )<br>)<br>)<br>**Defendants.** )<br>)<br>) | **Case No.:** |

**DECLARATION OF JANELLE RABE**

I, Janelle Rabe, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  This declaration is based on my personal knowledge or on records that are maintained in the regular and ordinary course of business. I am over the age of eighteen, and I am competent to give this declaration.

2.  I have been employed as the Director, HRBP, Human Resources Operations for Dixie Operations and Continuous Manufacturing Group Capabilities since September 1, 2020. Previously, I held several Human Resources roles for Georgia-Pacific since June 2011. Since joining the Company in June 2003, I worked in various Operations roles for Georgia-Pacific.

3.  Attached as **Exhibit A** to this declaration is a true and correct copy of Bruce Harris's wage statements from when he was hired on October 11, 2021, until he went out on unpaid leave in March 2022.

4.     Georgia-Pacific Consumer Operations LLC employs over 500 employees nationwide, and has done so in each of twenty or more calendar weeks in the current calendar year.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on July 21, 2023.

DocuSigned by:

*Janelle Rabe*

88A30A01B8C24B1...

Janelle Rabe

# **EXHIBIT A**



**Georgia-Pacific**

| | | |
|---|---|---|
| Georgia-Pacific Consumer Operations LLC | | Bruce W Harris |
| 133 Peachtree St NE | | 3004 N 26TH ST |
| Atlanta   GA 30303 | | FORT SMITH AR  72904 |
| (800) 700-3365 | | |

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 10/11/2021 | 10/24/2021 | 10/29/2021 | |
| Federal | HdHouse | Allowances: 00 | Additional: | 0.00 | | | |
| Arkansas | HdHouse | Allowances: 03 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 20.7800 | 58.00 | 1,205.24 | 1,205.24 |
| Overtime St Time (Base) | 20.7800 | 7.00 | 145.46 | 145.46 |
| O/T Premium 50% Hrly Rate | 10.3900 | 7.00 | 72.73 | 72.73 |
| G-Shift Differential 4 | 0.2500 | 58.00 | 14.50 | 14.50 |
| G-Shift Diff 4 O/T | 0.2500 | 7.00 | 1.75 | 1.75 |
| G-Shift Diff 4 OT P | 0.1300 | 7.00 | 0.91 | 0.91 |
| TOTAL EARNINGS | | | 1,440.59 | 1,440.59 |

| DEDUCTIONS (* Indicates Pre-Tax) | | | | |
|---|---|---|---|---|
| GP Hrly Roth 401(k) | | | 28.81- | 28.81- |
| GP Hrly Roth Catchup 401k | | | 14.41- | 14.41- |
| TOTAL DEDUCTIONS | | | 43.22- | 43.22- |

| TAXABLE WAGES | | | | |
|---|---|---|---|---|
| Federal | W/H tax | | 1,440.59 | 1,440.59 |
| Federal | OASDI EE | | 1,440.59 | 1,440.59 |
| Federal | Medic EE | | 1,440.59 | 1,440.59 |
| Arkansas | W/H tax | | 1,440.59 | 1,440.59 |

| INCOME TAX | | | | |
|---|---|---|---|---|
| Federal | OASDI EE | | 89.32- | 89.32- |
| Federal | MedcarEE | | 20.89- | 20.89- |
| Arkansas | W/H  EE | | 50.23- | 50.23- |
| TOTAL TAXES | | | 160.44- | 160.44- |
| Total Hours Worked | | 65.00 | | |

| NET PAY | | | |
|---|---|---|---|
| TOTAL NET PAY | | 1,236.93 | |
| FIRST NATL BK | | 1,236.93 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM

**#102.1**


**Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta   GA 30303
(800) 700-3365

Bruce W Harris
3004 N 26TH ST
FORT SMITH AR  72904

|  | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 10/25/2021 | 11/07/2021 | 11/12/2021 | |
| Federal | HdHouse | Allowances: 00 | Additional: | 0.00 | | | |
| Arkansas | HdHouse | Allowances: 03 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 20.7800 | 76.00 | 1,579.28 | 2,784.52 |
| Overtime St Time (Base) | 20.7800 | 8.00 | 166.24 | 311.70 |
| O/T Premium 50% Hrly Rate | 10.3900 | 8.00 | 83.12 | 155.85 |
| G-Shift Differential 4 | 0.2500 | 76.00 | 19.00 | 33.50 |
| G-Shift Diff 4 O/T | 0.2500 | 8.00 | 2.00 | 3.75 |
| G-Shift Diff 4 OT P | 0.1300 | 8.00 | 1.04 | 1.95 |
| Misc Adjustment | | | 893.54 | 893.54 |
| TOTAL EARNINGS | | | 2,744.22 | 4,184.81 |

| DEDUCTIONS (* Indicates Pre-Tax) | | Current | Year-To-Date |
|---|---|---|---|
| *Dental | | 2.99- | 2.99- |
| *Medical | | 27.69- | 27.69- |
| *Voluntary Life | | 2.62- | 2.62- |
| *Vision | | 2.41- | 2.41- |
| Dependent Life | | 1.04- | 1.04- |
| GP Hrly Roth 401(k) | | 54.88- | 83.69- |
| GP Hrly Roth Catchup 401k | | 27.44- | 41.85- |
| TOTAL DEDUCTIONS | | 119.07- | 162.29- |

| TAXABLE WAGES | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | | W/H tax | 2,708.51 | 4,149.10 |
| Federal | | OASDI EE | 2,708.51 | 4,149.10 |
| Federal | | Medic EE | 2,708.51 | 4,149.10 |
| Arkansas | | W/H tax | 2,708.51 | 4,149.10 |

| INCOME TAX | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H | EE | 150.41- | 150.41- |
| Federal | OASDI | EE | 167.92- | 257.24- |
| Federal | MedcarEE | | 39.27- | 60.16- |
| Arkansas | W/H | EE | 124.00- | 174.23- |
| TOTAL TAXES | | | 481.60- | 642.04- |

| MEMO ITEMS: | | Current | Year-To-Date |
|---|---|---|---|
| HSA Seed NF | | 250.00 | 250.00 |
| Total Hours Worked | 84.00 | | |

| NET PAY | | Current | |
|---|---|---|---|
| TOTAL NET PAY | | 2,143.55 | |
| Redacted | | 2,143.55 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM.

 **Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta  GA 30303
(800) 700-3365

Bruce W Harris
3004 N 26TH ST
FORT SMITH AR  72904

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 11/08/2021 | 11/21/2021 | 11/26/2021 | |
| Federal | HdHouse | Allowances: 00 | Additional: | 0.00 | | | |
| Arkansas | HdHouse | Allowances: 03 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 20.7800 | 76.00 | 1,579.28 | 4,363.80 |
| Overtime St Time (Base) | 20.7800 | 8.75 | 181.83 | 493.53 |
| O/T Premium 50% Hrly Rate | 10.3900 | 8.75 | 90.92 | 246.77 |
| G-Shift Differential 3 | 0.2100 | 36.25 | 7.61 | 7.61 |
| G-Shift Differential 4 | 0.2500 | 76.00 | 19.00 | 52.50 |
| G-Shift Diff 3 O/T | 0.2100 | 0.50 | 0.11 | 0.11 |
| G-Shift Diff 3 O/T P | 0.1100 | 0.50 | 0.06 | 0.06 |
| G-Shift Diff 4 O/T | 0.2500 | 8.75 | 2.19 | 5.94 |
| G-Shift Diff 4 OT P | 0.1300 | 8.75 | 1.14 | 3.09 |
| Misc Adjustment | | | | 893.54 |
| TOTAL EARNINGS | | | 1,882.14 | 6,066.95 |

| DEDUCTIONS  (* Indicates Pre-Tax) | | | Current | Year-To-Date |
|---|---|---|---|---|
| *Dental | | | 2.99- | 5.98- |
| *Medical | | | 27.69- | 55.38- |
| *Voluntary Life | | | 2.62- | 5.24- |
| *Vision | | | 2.41- | 4.82- |
| Dependent Life | | | 1.04- | 2.08- |
| GP Hrly Roth 401(k) | | | 37.64- | 121.33- |
| GP Hrly Roth Catchup 401k | | | 18.82- | 60.67- |
| TOTAL DEDUCTIONS | | | 93.21- | 255.50- |

| TAXABLE WAGES | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H tax | | 1,846.43 | 5,995.53 |
| Federal | OASDI EE | | 1,846.43 | 5,995.53 |
| Federal | Medic EE | | 1,846.43 | 5,995.53 |
| Arkansas | W/H tax | | 1,846.43 | 5,995.53 |

| INCOME TAX | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H    EE | | 46.96- | 197.37- |
| Federal | OASDI EE | | 114.48- | 371.72- |
| Federal | MedcarEE | | 26.78- | 86.94- |
| Arkansas | W/H    EE | | 73.15- | 247.38- |
| TOTAL TAXES | | | 261.37- | 903.41- |

| MEMO ITEMS: | | | Current | Year-To-Date |
|---|---|---|---|---|
| HSA Seed NF | | | | 250.00 |
| Total Hours Worked | | 84.75 | | |

| NET PAY | | | Current | Year-To-Date |
|---|---|---|---|---|
| TOTAL NET PAY | | | 1,527.56 | |
| Redacted | | | 1,527.56 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and
double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM


**Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta  GA 30303
(800) 700-3365

Bruce W Harris
3004 N 26TH ST
FORT SMITH AR  72904

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 11/22/2021 | 12/05/2021 | 12/10/2021 | |
| Federal | HdHouse | Allowances: 00 | Additional: | 0.00 | | | |
| Arkansas | HdHouse | Allowances: 03 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 20.7800 | 48.00 | 997.44 | 5,361.24 |
| Overtime St Time (Base) | 20.7800 | 20.00 | 415.60 | 909.13 |
| O/T Premium 50% Hrly Rate | 10.3900 | 20.00 | 207.80 | 454.57 |
| G-Shift Differential 3 | 0.2100 | 48.00 | 10.08 | 17.69 |
| G-Shift Differential 4 | 0.2500 | 48.00 | 12.00 | 64.50 |
| G-Shift Diff 3 O/T | 0.2100 | 20.00 | 4.20 | 4.31 |
| G-Shift Diff 3 O/T P | 0.1100 | 20.00 | 2.20 | 2.26 |
| G-Shift Diff 4 O/T | 0.2500 | 20.00 | 5.00 | 10.94 |
| G-Shift Diff 4 OT P | 0.1300 | 20.00 | 2.60 | 5.69 |
| Misc Adjustment | | | | 893.54 |
| TOTAL EARNINGS | | | 1,656.92 | 7,723.87 |

| DEDUCTIONS  (* Indicates Pre-Tax) | | | Current | Year-To-Date |
|---|---|---|---|---|
| *Dental | | | 2.99- | 8.97- |
| *Medical | | | 27.69- | 83.07- |
| *Voluntary Life | | | 2.62- | 7.86- |
| *Vision | | | 2.41- | 7.23- |
| Dependent Life | | | 1.04- | 3.12- |
| GP Hrly Roth 401(k) | | | 66.28- | 187.61- |
| GP Hrly Roth Catchup 401k | | | 16.57- | 77.24- |
| TOTAL DEDUCTIONS | | | 119.60- | 375.10- |

| TAXABLE WAGES | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H tax | | 1,621.21 | 7,616.74 |
| Federal | OASDI EE | | 1,621.21 | 7,616.74 |
| Federal | Medic EE | | 1,621.21 | 7,616.74 |
| Arkansas | W/H tax | | 1,621.21 | 7,616.74 |

| INCOME TAX | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H   EE | | 19.93- | 217.30- |
| Federal | OASDI EE | | 100.52- | 472.24- |
| Federal | MedcarEE | | 23.50- | 110.44- |
| Arkansas | W/H   EE | | 59.77- | 307.15- |
| TOTAL TAXES | | | 203.72- | 1,107.13- |

| MEMO ITEMS: | | | Current | Year-To-Date |
|---|---|---|---|---|
| HSA Seed NF | | | | 250.00 |
| Total Hours Worked | | 68.00 | | |

| NET PAY | | | Current | Year-To-Date |
|---|---|---|---|---|
| TOTAL NET PAY | | | 1,333.60 | |
| Redacted | | | 1,333.60 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and
double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub.
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM



Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta  GA 30303
(800) 700-3365

Bruce W Harris
3004 N 26TH ST
FORT SMITH AR  72904

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 12/06/2021 | 12/19/2021 | 12/24/2021 | |
| Federal | HdHouse | Allowances: 00 | Additional: | 0.00 | | | |
| Arkansas | HdHouse | Allowances: 03 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 20.7800 | 76.00 | 1,579.28 | 6,940.52 |
| Overtime St Time (Base) | 20.7800 | 8.00 | 166.24 | 1,075.37 |
| O/T Premium 50% Hrly Rate | 10.3900 | 8.00 | 83.12 | 537.69 |
| G-Shift Differential 3 | 0.2100 | 76.00 | 15.96 | 33.65 |
| G-Shift Differential 4 | 0.2500 | 76.00 | 19.00 | 83.50 |
| G-Shift Diff 3 O/T | 0.2100 | 8.00 | 1.68 | 5.99 |
| G-Shift Diff 3 O/T P | 0.1100 | 8.00 | 0.88 | 3.14 |
| G-Shift Diff 4 O/T | 0.2500 | 8.00 | 2.00 | 12.94 |
| G-Shift Diff 4 OT P | 0.1300 | 8.00 | 1.04 | 6.73 |
| Misc Adjustment | | | | 893.54 |
| TOTAL EARNINGS | | | 1,869.20 | 9,593.07 |

| DEDUCTIONS (* Indicates Pre-Tax) | | Current | Year-To-Date |
|---|---|---|---|
| *Dental | | 2.99- | 11.96- |
| *Medical | | 27.69- | 110.76- |
| *Voluntary Life | | 2.62- | 10.48- |
| *Vision | | 2.41- | 9.64- |
| Dependent Life | | 1.04- | 4.16- |
| GP Hrly Roth 401(k) | | 74.77- | 262.38- |
| GP Hrly Roth Catchup 401k | | 18.69- | 95.93- |
| TOTAL DEDUCTIONS | | 130.21- | 505.31- |

| TAXABLE WAGES | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H tax | | 1,833.49 | 9,450.23 |
| Federal | OASDI EE | | 1,833.49 | 9,450.23 |
| Federal | Medic EE | | 1,833.49 | 9,450.23 |
| Arkansas | W/H tax | | 1,833.49 | 9,450.23 |

| INCOME TAX | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H  EE | | 45.40- | 262.70- |
| Federal | OASDI EE | | 113.67- | 585.91- |
| Federal | MedcarEE | | 26.59- | 137.03- |
| Arkansas | W/H  EE | | 72.23- | 379.38- |
| TOTAL TAXES | | | 257.89- | 1,365.02- |

| MEMO ITEMS: | | Current | Year-To-Date |
|---|---|---|---|
| HSA Seed NF | | | 250.00 |
| Total Hours Worked | 84.00 | | |

| NET PAY | | Current | |
|---|---|---|---|
| TOTAL NET PAY | | 1,481.10 | |
| Redacted | | 1,481.10 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM

 **Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta   GA 30303
(800) 700-3365

Bruce W Harris
3004 N 26TH ST
FORT SMITH AR  72904

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 12/20/2021 | 01/02/2022 | 01/07/2022 | |
| Federal | HdHouse | Allowances: 00 | Additional: | 0.00 | | | |
| Arkansas | HdHouse | Allowances: 03 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 20.7800 | 36.00 | 748.08 | 748.08 |
| Overtime St Time (Base) | 20.7800 | 24.00 | 498.72 | 498.72 |
| O/T Premium 50% Hrly Rate | 10.3900 | 24.00 | 249.36 | 249.36 |
| G-Shift Differential 3 | 0.2100 | 36.00 | 7.56 | 7.56 |
| G-Shift Differential 4 | 0.2500 | 36.00 | 9.00 | 9.00 |
| G-Shift Diff 3 O/T | 0.2100 | 24.00 | 5.04 | 5.04 |
| G-Shift Diff 3 O/T P | 0.1100 | 24.00 | 2.64 | 2.64 |
| G-Shift Diff 4 O/T | 0.2500 | 24.00 | 6.00 | 6.00 |
| G-Shift Diff 4 OT P | 0.1300 | 24.00 | 3.12 | 3.12 |
| Holiday Pay | 20.7800 | 40.00 | 831.20 | 831.20 |
| TOTAL EARNINGS | | | 2,360.72 | 2,360.72 |

| DEDUCTIONS  (* Indicates Pre-Tax) | | | Current | Year-To-Date |
|---|---|---|---|---|
| *Dental | | | 2.99- | 2.99- |
| *Medical | | | 28.62- | 28.62- |
| *Voluntary Life | | | 5.08- | 5.08- |
| *Vision | | | 2.41- | 2.41- |
| Dependent Life | | | 1.04- | 1.04- |
| GP Hrly Roth 401(k) | | | 94.43- | 94.43- |
| GP Hrly Roth Catchup 401k | | | 23.61- | 23.61- |
| TOTAL DEDUCTIONS | | | 158.18- | 158.18- |

| TAXABLE WAGES | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H tax | | 2,321.62 | 2,321.62 |
| Federal | OASDI EE | | 2,321.62 | 2,321.62 |
| Federal | Medic EE | | 2,321.62 | 2,321.62 |
| Arkansas | W/H tax | | 2,321.62 | 2,321.62 |

| INCOME TAX | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H    EE | | 103.98- | 103.98- |
| Federal | OASDI EE | | 143.94- | 143.94- |
| Federal | MedcarEE | | 33.66- | 33.66- |
| Arkansas | W/H    EE | | 101.08- | 101.08- |
| TOTAL TAXES | | | 382.66- | 382.66- |

| MEMO ITEMS: | | | Current | Year-To-Date |
|---|---|---|---|---|
| HSA Seed NF | | | 500.00 | 500.00 |
| Total Hours Worked | | 60.00 | | |

| NET PAY | | | Current | |
|---|---|---|---|---|
| TOTAL NET PAY | | | 1,819.88 | |
| Redacted | | | 1,819.88 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub.
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM



**Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta   GA 30303
(800) 700-3365

Bruce W Harris
3004 N 26TH ST
FORT SMITH AR  72904

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 01/03/2022 | 01/16/2022 | 01/21/2022 | |
| Federal | HdHouse | Allowances: 00 | Additional: | 0.00 | | | |
| Arkansas | HdHouse | Allowances: 03 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 20.7800 | 76.00 | 1,579.28 | 2,327.36 |
| Overtime St Time (Base) | 20.7800 | 9.50 | 197.41 | 696.13 |
| O/T Premium 50% Hrly Rate | 10.3900 | 9.50 | 98.71 | 348.07 |
| G-Shift Differential 3 | 0.2100 | 74.50 | 15.65 | 23.21 |
| G-Shift Differential 4 | 0.2500 | 76.00 | 19.00 | 28.00 |
| G-Shift Diff 3 O/T | 0.2100 | 9.50 | 2.00 | 7.04 |
| G-Shift Diff 3 O/T P | 0.1100 | 9.50 | 1.05 | 3.69 |
| G-Shift Diff 4 O/T | 0.2500 | 9.50 | 2.38 | 8.38 |
| G-Shift Diff 4 OT P | 0.1300 | 9.50 | 1.24 | 4.36 |
| Holiday Pay | | | | 831.20 |
| TOTAL EARNINGS | | | 1,916.72 | 4,277.44 |

| DEDUCTIONS  (* Indicates Pre-Tax) | | Current | Year-To-Date |
|---|---|---|---|
| *Dental | | 2.99- | 5.98- |
| *Medical | | 28.62- | 57.24- |
| *Voluntary Life | | 5.08- | 10.16- |
| *Vision | | 2.41- | 4.82- |
| Dependent Life | | 1.04- | 2.08- |
| GP Hrly Roth 401(k) | | 76.67- | 171.10- |
| GP Hrly Roth Catchup 401k | | 19.17- | 42.78- |
| TOTAL DEDUCTIONS | | 135.98- | 294.16- |

| TAXABLE WAGES | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H tax | | 1,877.62 | 4,199.24 |
| Federal | OASDI EE | | 1,877.62 | 4,199.24 |
| Federal | Medic EE | | 1,877.62 | 4,199.24 |
| Arkansas | W/H tax | | 1,877.62 | 4,199.24 |

| INCOME TAX | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H   EE | | 50.70- | 154.68- |
| Federal | OASDI EE | | 116.41- | 260.35- |
| Federal | MedcarEE | | 27.23- | 60.89- |
| Arkansas | W/H   EE | | 74.96- | 176.04- |
| TOTAL TAXES | | | 269.30- | 651.96- |

| MEMO ITEMS: | | | Current | Year-To-Date |
|---|---|---|---|---|
| HSA Seed NF | | | | 500.00 |
| Total Hours Worked | | 85.50 | | |

| NET PAY | | Current | |
|---|---|---|---|
| TOTAL NET PAY | | 1,511.44 | |
| Redacted | | 1,511.44 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and
double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM

 **Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta   GA 30303
(800) 700-3365

Bruce W Harris
3004 N 26TH ST
FORT SMITH AR  72904

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 01/17/2022 | 01/30/2022 | 02/04/2022 | |
| Federal | HdHouse | Allowances: 00 | Additional: | 0.00 | | | |
| Arkansas | HdHouse | Allowances: 03 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 20.7800 | 64.00 | 1,329.92 | 3,657.28 |
| Performance Pay | | | 191.86 | 191.86 |
| Overtime St Time (Base) | 20.7800 | 8.00 | 166.24 | 862.37 |
| O/T Premium 50% Hrly Rate | 10.3900 | 8.00 | 83.12 | 431.19 |
| G-Shift Differential 3 | 0.2100 | 64.00 | 13.44 | 36.65 |
| G-Shift Differential 4 | 0.2500 | 64.00 | 16.00 | 44.00 |
| G-Shift Diff 3 O/T | 0.2100 | 8.00 | 1.68 | 8.72 |
| G-Shift Diff 3 O/T P | 0.1100 | 8.00 | 0.88 | 4.57 |
| G-Shift Diff 4 O/T | 0.2500 | 8.00 | 2.00 | 10.38 |
| G-Shift Diff 4 OT P | 0.1300 | 8.00 | 1.04 | 5.40 |
| Holiday Pay | | | | 831.20 |
| TOTAL EARNINGS | | | 1,806.18 | 6,083.62 |
| G-Safety/Unif ReimbNonTax | | | 125.00 | 125.00 |

| DEDUCTIONS  (* Indicates Pre-Tax) | Current | Year-To-Date |
|---|---|---|
| *Dental | 2.99- | 8.97- |
| *Medical | 28.62- | 85.86- |
| *Voluntary Life | 5.08- | 15.24- |
| *Vision | 2.41- | 7.23- |
| Dependent Life | 1.04- | 3.12- |
| GP Hrly Roth 401(k) | 64.57- | 235.67- |
| GP Hrly Roth Catchup 401k | 16.14- | 58.92- |
| TOTAL DEDUCTIONS | 120.85- | 415.01- |

| TAXABLE WAGES | | Current | Year-To-Date |
|---|---|---|---|
| Federal | W/H tax | 1,767.08 | 5,966.32 |
| Federal | OASDI EE | 1,767.08 | 5,966.32 |
| Federal | Medic EE | 1,767.08 | 5,966.32 |
| Arkansas | W/H tax | 1,767.08 | 5,966.32 |

| INCOME TAX | | Current | Year-To-Date |
|---|---|---|---|
| Federal | W/H   EE | 56.62- | 211.30- |
| Federal | OASDI EE | 109.56- | 369.91- |
| Federal | MedcarEE | 25.62- | 86.51- |
| Arkansas | W/H   EE | 68.36- | 244.40- |
| TOTAL TAXES | | 260.16- | 912.12- |

| MEMO ITEMS: | | Current | Year-To-Date |
|---|---|---|---|
| HSA Seed NF | | | 500.00 |
| Total Hours Worked | 72.00 | | |

| NET PAY | Current | | |
|---|---|---|---|
| TOTAL NET PAY | 1,550.17 | | |
| Redacted | 1,550.17 | | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM


**Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta   GA 30303
(800) 700-3365

Bruce W Harris
3004 N 26TH ST
FORT SMITH AR  72904

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 01/31/2022 | 02/13/2022 | 02/18/2022 | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | | | | 3,657.28 |
| Performance Pay | | | | 191.86 |
| Overtime St Time (Base) | | | | 862.37 |
| O/T Premium 50% Hrly Rate | | | | 431.19 |
| G-Shift Differential 3 | | | | 36.65 |
| G-Shift Differential 4 | | | | 44.00 |
| G-Shift Diff 3 O/T | | | | 8.72 |
| G-Shift Diff 3 O/T P | | | | 4.57 |
| G-Shift Diff 4 O/T | | | | 10.38 |
| G-Shift Diff 4 OT P | | | | 5.40 |
| Holiday Pay | | | | 831.20 |
| TOTAL EARNINGS | | | | 6,083.62 |
| G-Safety/Unif ReimbNonTax | | | | 125.00 |

| DEDUCTIONS  (* Indicates Pre-Tax) | | | | |
|---|---|---|---|---|
| *Dental | | | | 8.97- |
| *Medical | | | | 85.86- |
| *Voluntary Life | | | | 15.24- |
| *Vision | | | | 7.23- |
| Dependent Life | | | | 3.12- |
| GP Hrly Roth 401(k) | | | | 235.67- |
| GP Hrly Roth Catchup 401k | | | | 58.92- |
| TOTAL DEDUCTIONS | | | | 415.01- |

| TAXABLE WAGES | | | | |
|---|---|---|---|---|
| Federal | W/H tax | | | 5,966.32 |
| Federal | OASDI EE | | | 5,966.32 |
| Federal | Medic EE | | | 5,966.32 |
| Arkansas | W/H tax | | | 5,966.32 |

| INCOME TAX | | | | |
|---|---|---|---|---|
| Federal | W/H   EE | | | 211.30- |
| Federal | OASDI EE | | | 369.91- |
| Federal | MedcarEE | | | 86.51- |
| Arkansas | W/H   EE | | | 244.40- |
| TOTAL TAXES | | | | 912.12- |

| MEMO ITEMS: | | | | |
|---|---|---|---|---|
| HSA Seed NF | | | | 500.00 |

| NET PAY | | | | |
|---|---|---|---|---|

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM


**Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta   GA 30303
(800) 700-3365

Bruce W Harris
3004 N 26TH ST
FORT SMITH AR  72904

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 02/14/2022 | 02/27/2022 | 03/04/2022 | |
| Federal | HdHouse | Allowances: 00 | Additional: | 0.00 | | | |
| Arkansas | HdHouse | Allowances: 03 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 20.7800 | 8.75 | 181.83 | 3,839.11 |
| Performance Pay | | | | 191.86 |
| Overtime St Time (Base) | | | | 862.37 |
| O/T Premium 50% Hrly Rate | | | | 431.19 |
| G-Shift Differential 3 | 0.2100 | 8.75 | 1.84 | 38.49 |
| G-Shift Differential 4 | 0.2500 | 8.75 | 2.19 | 46.19 |
| G-Shift Diff 3 O/T | | | | 8.72 |
| G-Shift Diff 3 O/T P | | | | 4.57 |
| G-Shift Diff 4 O/T | | | | 10.38 |
| G-Shift Diff 4 OT P | | | | 5.40 |
| Holiday Pay | 20.7800 | 8.00 | 166.24 | 997.44 |
| TOTAL EARNINGS | | | 352.10 | 6,435.72 |
| G-Safety/Unif ReimbNonTax | | | | 125.00 |

| DEDUCTIONS  (* Indicates Pre-Tax) | Current | Year-To-Date |
|---|---|---|
| *Dental | 5.98- | 14.95- |
| *Medical | 57.24- | 143.10- |
| *Voluntary Life | 10.16- | 25.40- |
| *Vision | 4.82- | 12.05- |
| Dependent Life | 2.08- | 5.20- |
| GP Hrly Roth 401(k) | 14.08- | 249.75- |
| GP Hrly Roth Catchup 401k | 3.52- | 62.44- |
| TOTAL DEDUCTIONS | 97.88- | 512.89- |

| TAXABLE WAGES | | Current | Year-To-Date |
|---|---|---|---|
| Federal | W/H tax | 273.90 | 6,240.22 |
| Federal | OASDI EE | 273.90 | 6,240.22 |
| Federal | Medic EE | 273.90 | 6,240.22 |
| Arkansas | W/H tax | 273.90 | 6,240.22 |

| INCOME TAX | | Current | Year-To-Date |
|---|---|---|---|
| Federal | W/H   EE | | 211.30- |
| Federal | OASDI EE | 16.98- | 386.89- |
| Federal | MedcarEE | 3.97- | 90.48- |
| Arkansas | W/H   EE | | 244.40- |
| TOTAL TAXES | | 20.95- | 933.07- |

| MEMO ITEMS: | | Current | Year-To-Date |
|---|---|---|---|
| HSA Seed NF | | | 500.00 |
| Total Hours Worked | 8.75 | | |

| NET PAY | Current | |
|---|---|---|
| TOTAL NET PAY | 233.27 | |
| Redacted | 233.27 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub.
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM



**Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta   GA 30303
(800) 700-3365

Bruce W Harris
3004 N 26TH ST
FORT SMITH AR  72904

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Bruce W Harris | 181 | 3040 | 21075731 | 02/28/2022 | 03/13/2022 | 03/18/2022 | |
| Federal | HdHouse | Allowances: 00 | Additional: | 0.00 | | | |
| Arkansas | HdHouse | Allowances: 03 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 20.7800 | 36.00 | 748.08 | 4,587.19 |
| Performance Pay | | | | 191.86 |
| Overtime St Time (Base) | | | | 862.37 |
| O/T Premium 50% Hrly Rate | | | | 431.19 |
| G-Shift Differential 3 | 0.2100 | 36.00 | 7.56 | 46.05 |
| G-Shift Differential 4 | 0.2500 | 36.00 | 9.00 | 55.19 |
| G-Shift Diff 3 O/T | | | | 8.72 |
| G-Shift Diff 3 O/T P | | | | 4.57 |
| G-Shift Diff 4 O/T | | | | 10.38 |
| G-Shift Diff 4 OT P | | | | 5.40 |
| Holiday Pay | | | | 997.44 |
| TOTAL EARNINGS | | | 764.64 | 7,200.36 |
| G-Safety/Unif ReimbNonTax | | | | 125.00 |

| DEDUCTIONS  (* Indicates Pre-Tax) | Current | Year-To-Date |
|---|---|---|
| *Dental | 2.99- | 17.94- |
| *Medical | 28.62- | 171.72- |
| *Voluntary Life | 5.08- | 30.48- |
| *Vision | 2.41- | 14.46- |
| Dependent Life | 1.04- | 6.24- |
| GP Hrly Roth 401(k) | 30.59- | 280.34- |
| GP Hrly Roth Catchup 401k | 7.65- | 70.09- |
| TOTAL DEDUCTIONS | 78.38- | 591.27- |

| TAXABLE WAGES | | Current | Year-To-Date |
|---|---|---|---|
| Federal | W/H tax | 725.54 | 6,965.76 |
| Federal | OASDI EE | 725.54 | 6,965.76 |
| Federal | Medic EE | 725.54 | 6,965.76 |
| Arkansas | W/H tax | 725.54 | 6,965.76 |

| INCOME TAX | | Current | Year-To-Date |
|---|---|---|---|
| Federal | W/H   EE | | 211.30- |
| Federal | OASDI EE | 44.99- | 431.88- |
| Federal | MedcarEE | 10.52- | 101.00- |
| Arkansas | W/H   EE | 11.38- | 255.78- |
| TOTAL TAXES | | 66.89- | 999.96- |

| MEMO ITEMS: | Current | Year-To-Date |
|---|---|---|
| Accident&Sickness Actual | 1,251.54 | 1,251.54 |
| HSA Seed NF | | 500.00 |
| Total Hours Worked | 36.00 | |

| NET PAY | Current | |
|---|---|---|
| TOTAL NET PAY | 619.37 | |
| Redacted | 619.37 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate.
Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM.