# **EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| **BRUCE HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.: |
| v. | ) |
| | ) |
| | ) |
| **GEORGIA-PACIFIC CONSUMER** | ) |
| **OPERATIONS LLC** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES OF DEFENDANT GEORGIA-PACIFIC CONSUMER OPERATIONS LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Georgia-Pacific Consumer Operations LLC makes the following disclosures.

1. Defendant Georgia-Pacific Consumer Operations LLC is a limited liability company organized under the laws of Delaware with its principal place of business in Atlanta, Georgia.

2. Georgia-Pacific Consumer Operations LLC's members are a series of LLC members or Limited Partnership owners formed in Delaware. All of these entities, including Georgia-Pacific Consumer Operations LLC, are privately held and ultimately owned by Koch Industries, Inc.

3. Koch Industries, Inc. is incorporated under the laws of Kansas with its principal place of business in Wichita, Kansas. Consequently, Georgia-Pacific Consumer Operations LLC and the above LLC members and LP owners are all citizens of Kansas.

4. There is no publicly traded company with an ownership interest in Georgia-Pacific Consumer Operations LLC.

5. The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

    a. Plaintiff Bruce Harris;

    b. Defendant Georgia-Pacific Consumer Operations LLC; and

    c. Plaintiff's counsel Sanford Law Firm, PLLC.

3. Defendant will supplement this Disclosure Statement and Certificate of Interested Parties if any new parties are added or if additional persons or entities that are financially interested in the outcome of this litigation are later identified during the pendency of this litigation.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ M. Kimberly Hodges*
M. Kimberly Hodges
Arkansas Bar No. 2019018
International Place, Tower II
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 767-6160
Fax: (901) 767-7411

**ATTORNEYS FOR DEFENDANT**

-3-

**CERTIFICATE OF SERVICE**

This is to certify that on July 21, 2023, a true and correct copy of the above and foregoing was served via e-mail and U.S. mail to Plaintiff's counsel, Daniel Ford and Josh Sanford, Sanford Law Firm, PLLC, 10800 Financial Centre Pkwy, Suite 510, Little Rock, Arkansas 72211.

*/s/ M. Kimberly Hodges*
M. Kimberly Hodges