IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| **BRUCE HARRIS,**<br><br>           **Plaintiff,**<br><br>v.<br><br>**GEORGIA-PACIFIC CONSUMER OPERATIONS LLC**<br><br>           **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   **Civil Action No.: 2:23-cv-02098-PKH**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT GEORGIA-PACIFIC CONSUMER OPERATIONS LLC'S MOTION TO DISMISS

Defendant Georgia-Pacific Consumer Operations LLC ("Defendant") moves to dismiss Plaintiff Bruce Harris's Complaint for untimely service of process under Federal Rule of Civil Procedure 12(b)(5). For all the reasons set forth in the Memorandum of Law filed in support of this Motion, Defendant respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice.

DATED: July 28, 2023.                              Respectfully submitted,

                                    /s/ M. Kimberly Hodges
                                    Melissa Kimberly Hodges
                                    Arkansas Bar No. 2019018
                                    *Attorney for Defendant Georgia Pacific Consumer Operations LLC*
                                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
                                    International Place – Tower II
                                    6410 Poplar Avenue, Suite 300
                                    Memphis, Tennessee 38119
                                    Telephone:  (901) 766-4306
                                    Kim.Hodges@ogletree.com

                                    **ATTORNEYS FOR DEFENDANT**

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2023, a true and correct copy of the above and foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system, which will cause notification of such filing to be made on the following counsel of record for Plaintiff:

>Daniel Ford (Ark. Bar #2014162)
>Josh Sanford (Ark. Bar #2001037)
>SANFORD LAW FIRM, PLLC
>10800 Financial Centre Pkwy, Suite 510
>Little Rock, Arkansas 72211
>501.221-0088 – Telephone
>888.787.2040 – Facsimile
>daniel@sanfordlawfirm.com
>josh@sanfordlawfirm.com
>
>*Attorneys for Plaintiff*

>/s/ M. Kimberly Hodges
>M. Kimberly Hodges (AR #2019018)
>*Counsel for Defendant*