IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**BRUCE HARRIS**                                              **PLAINTIFF**

vs.                        No. 2:23-cv-2098-PKH

**GEORGIA-PACIFIC CONSUMER OPERATIONS LLC**            **DEFENDANT**

## RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff filed his Original Complaint on January 26 in Sebastian County Circuit Court. *See* ECF No. 1. Due to a clerical error, Plaintiff missed the 120-day deadline for service of process on Defendant but served Defendant on June 23. *See* ECF No. 2-3. Concurrent with effective service, Plaintiff began drafting a motion for belated relief to file in state court. Before Plaintiff could file the request, however, Defendant removed the case to this Court, rendering any relief from the State Court case moot.

"It is well established that valid service of process is necessary to give a court jurisdiction over a defendant in Arkansas." *Powers v. Martin*, 2021 Ark. App. 492, ¶¶ 10-11 (Ct. App.) (citing *Goodson v. Bennett*, 2018 Ark. App. 444, 562 S.W.3d 847). Defects in process or the service of process may be cured or waived, however, if the defendant enters an appearance in the case. *See Bane v. Ark. Dep't of Human Servs. & Minor Children*, 2016 Ark. App. 617, ¶¶ 7-8, 509 S.W.3d 647, 652 (Ct. App.). "Any action on the part of defendant, except to object to the jurisdiction which recognizes the case as in court will amount to a general appearance." *Cummings v. Lord's Art Galleries*, 227 Ark. 972, 978, 302 S.W.2d 792, 795 (1957) (citing 3 Cyc. 504). "Any taking part in

proceedings will constitute a general appearance." *Id.* (quoting *Sager v. Jung & Sons Co.*, 143 Ark. 506, 511, 220 S.W. 801, 802 (1920)).

Rather than filing its Motion to Dismiss in Sebastian County Circuit Court, Defendant chose to actively participate in this case by removing it to this Court before moving for dismissal. Removing a case to a different venue is active participation in the case amounting to a general appearance. Accordingly, Defendant has waived its right to enforce any defects in service against it. Indeed, there was no reason for Defendant to remove this case if it did not intend to litigate in federal court; Sebastian County Circuit Court is equally capable of enforcing Arkansas service laws.

Even so, Defendant was duly served such that it was able to engage with the litigation. Plaintiff's harmless error in untimely service coupled with Defendant's active participation in this case should result a denial of Defendant's Motion to Dismiss.

Respectfully submitted,

**PLAINTIFF BRUCE HARRIS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com