IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| BRUCE HARRIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGIA-PACIFIC CONSUMER ) <br> OPERATIONS LLC ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No.: 2:23-cv-02098-PKH |

**DEFENDANT GEORGIA-PACIFIC CONSUMER OPERATIONS LLC'S
MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT
OF MOTION TO DISMISS**

Pursuant to Local Rule 7.2, Defendant Georgia-Pacific Consumer Operations LLC ("Consumer Operations") respectfully moves this Court for leave to file a short reply brief in support of its Rule 12(b)(5) motion to dismiss Plaintiff Bruce Harris's complaint for untimely service of process. (ECF No. 5.) A copy of Consumer Operations' reply brief is attached as Exhibit 1. In support of this Motion, Consumer Operations shows the following.

1. On July 21, 2023, Consumer Operations timely removed this action from the Circuit Court of Sebastian County to this Court pursuant to 28 U.S.C. §§ 1332 and 1441. (ECF No. 2.)

2. On July 28, 2023, Consumer Operations timely filed its motion to dismiss and an accompanying memorandum of law. (ECF Nos. 5, 6.) These filings explained that the Court should dismiss this action because Harris waited 148 days to serve to Consumer Operations with the Summons and Complaint—28 days longer than the 120 days allowed for service under Arkansas Rule of Civil Procedure 4(i)—and he did not seek an extension of this deadline before it expired.

1

3. On August 11, 2023, Harris timely filed his response to Consumer Operations' motion to dismiss. (ECF No. 8.) In his response, Harris argues that Consumer Operations generally appeared when it removed this case from Arkansas state court and in doing so waived any defenses related to Harris's untimely service.

4. This is a new argument that Consumer Operations has not had an opportunity to address. Consumer Operations therefore respectfully requests the opportunity to file a short reply brief to address Harris's new legal argument.

5. Consumer Operations anticipates that a short reply addressing this legal issue will assist the Court in its consideration, analysis, and determination of the issues raised in Consumer Operations' motion to dismiss and accompanying memorandum.

WHEREFORE, Consumer Operations respectfully requests that the Court grant it leave to file the Reply In Support Of Defendant Georgia-Pacific Consumer Operations LLC's Motion to Dismiss, attached as Exhibit 1.

DATED: August 14, 2023.                    Respectfully submitted,

/s/ M. Kimberly Hodges
Melissa Kimberly Hodges
Arkansas Bar No. 2019018
*Attorney for Defendant Georgia Pacific Consumer Operations LLC*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
International Place – Tower II
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 766-4306
Kim.Hodges@ogletree.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of August, 2023, a true and correct copy of the above and foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system, which will cause notification of such filing to be made on the following counsel of record for Plaintiff:

      Daniel Ford (Ark. Bar #2014162)
      Josh Sanford (Ark. Bar #2001037)
      SANFORD LAW FIRM, PLLC
      10800 Financial Centre Pkwy, Suite 510
      Little Rock, Arkansas 72211
      501.221-0088 – Telephone
      888.787.2040 – Facsimile
      daniel@sanfordlawfirm.com
      josh@sanfordlawfirm.com

      *Attorneys for Plaintiff*

      /s/ M. Kimberly Hodges
      M. Kimberly Hodges (AR #2019018)
      *Counsel for Defendant*

57840543.v1-Ogletree