UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRUCE HARRIS                                                                                    PLAINTIFF

v.                                       No. 2:23-cv-02098

GEORGIA-PACIFIC CONSUMER OPERATIONS LLC                                  DEFENDANT

## ORDER

Before the Court is Defendant's motion (Doc. 5) to dismiss and brief in support (Doc. 6). Plaintiff filed a response (Doc. 8). This case was filed in state court on January 26, 2023. (Doc. 6, p. 1). Arkansas Rule of Civil Procedure 4(i)(1) mandates dismissal where service is not made within 120 days. Defendant was not served for 148 days, and Plaintiff did not seek an extension. *Id.* As the service deadline passed before removal, Rule 4(i)(1) controls. *Dunn v. Partain*, 2021 WL 53633, at *3 (E.D. Ark. January 6, 2021).

Defendant did not waive its service objection by removing this case. In Arkansas, service is automatically waived only when the party appears and seeks affirmative relief (as by filing a counterclaim). *Cogburn v. Marsh*, 663 S.W.3d 404, 407–08 (Ark. App. 2023). This is not the case here, and the Court does not find that Defendant otherwise intended to waive service.

Finally, as it has been over a year since the alleged discrimination and over 90 days since Plaintiff received a right-to-sue notice from the EEOC (Doc. 4, pp. 3–4), the statute of limitations has expired. Ark. Code Ann. § 16–123–107(c)(4). The savings statute, Ark. Code Ann. § 16–56–126, does not apply because service was not timely attempted. *McCoy v. Montgomery*, 259 S.W.3d 430, 434 (Ark. 2007). Thus, the case will be dismissed with prejudice.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 5) to dismiss is GRANTED. Judgment will be entered separately.

IT IS FURTHER ORDERED that Defendant's motion (Doc. 9) for leave to file a reply is DENIED AS MOOT.

IT IS SO ORDERED this 15th day of August, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE