UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRUCE HARRIS                                                                                                    PLAINTIFF

v.                                             No. 2:23-cv-02098

GEORGIA-PACIFIC CONSUMER OPERATIONS LLC                                      DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 15th day of August, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE